**Andrew P. Parks**, OSB No. 024161
Email: aparks@agsprp.com
**ARNOLD GALLAGHER PERCELL**
**ROBERTS & POTTER, PC**
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2996
Telephone:  (541) 484-0188
Facsimile:  (541) 484-0536
*Of Attorneys for Home Federal Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| HOME FEDERAL BANK, a wholly-owned banking subsidiary of Home Federal Bancorp, Inc., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN J. CAPPY, an individual, DAVID L. HOWLAND, an individual, JAMES ROBINSON, an individual, AUDIA GORDON DEVELOPMENT, LLC, a dissolved Oregon limited liability company,<br><br>Defendants. | CASE NO. 2:12-CV-61-SU<br><br>ORDER OF DISMISSAL |

       THIS MATTER, having come before the court on the stipulation of the parties, and the court being fully advised on the premises, it is hereby,

       ORDERED AND ADJUDGED AND DECREED, that all claims pending in this matter are

**ORDER OF DISMISSAL - 1**

dismissed with prejudice and without an award of costs, disbursements or fees to any party.

DATED this 18th day of July, 2012.

    /s/ Patricia Sullivan_____
Hon. Patricia Sullivan
District Court Judge

**ORDER OF DISMISSAL - 2**